

Filed
Clerk of Court
United States District Court
By Morgan Akins
On: _____2/20/2026_____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BRANDON WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-094 |
| | ) | |
| WARDEN ANDREW M. FARLANE; | ) | |
| DEPUTY WARDEN TONJI KEITH; | ) | |
| DEPUTY WARDEN RICKY WILCOX; | ) | |
| and TELFAIR STATE PRISON, | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for abusing the judicial process, and **CLOSES** this civil action.

SO ORDERED this _____ day of February, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE